HARRY SEMANCHUCK, Respondent, *v.* FIFTH AVENUE AND 37TH STREET CORPORATION, et al., Respondents, and GOTHAM CON-STRUCTION CORPORATION, Appellant.

Reported below, 264 App. Div. 329.
Submitted July 29, 1942; decided October 8, 1942.

*Charles F. Bachmann* for motion.

*William L. Shumate* opposed.

Motion denied, with ten dollars costs.